**NOT FOR PUBLICATION IN WEST'S HAWAII REPORTS OR THE PACIFIC REPORTER**

**Electronically Filed
Intermediate Court of Appeals
CAAP-23-0000509
13-OCT-2025
01:57 PM
Dkt. 50 OAWST**

NO. CAAP-23-0000509

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI


GERALDYNE F. ALEXANDER and JEFFREY W. HUEBOTTER,
Plaintiffs-Appellees,
and
DUSTIN L. DIPERSIA, REBECCA WUAMETT fka REBECCA E. DIPERSIA,
VALERIE D. GIACOMINI, RYAN P. GOODREAU, ANNAMARIE D. GOODREAU,
SYED KHALID, LUDMILA A. KHALID, AND SHAUNA E. MORRISON
Plaintiffs-Appellants,
v.
BANK OF AMERICA, N.A.,
Defendant/Cross-Claim Defendant-Appellee,
and
RONALD LOPEZ, AUDREY LOPEZ, ROGER W. SMITH,
AND MARY KATHLEEN SMITH, Defendants-Appellees,
and
FIRST HAWAIIAN BANK, JUSTIN P. LEMIRE, CARMEN A. HUNEYCUTT,
WELLS FARGO BANK, N.A., NATALIE COLOME, and PENNYMAC LOAN
SERVICES, LLC, Defendants/Cross-Claim Plaintiffs-Appellees,
and
DOE DEFENDANTS 1-50, Defendants.

APPEAL FROM THE CIRCUIT COURT OF THE SECOND CIRCUIT
(CIVIL NO. 2CC191000233(2))


ORDER APPROVING STIPULATION FOR DISMISSAL WITH PREJUDICE
(By: Nakasone, Chief Judge, and Wadsworth and Guidry, JJ.)

Upon consideration of the October 7, 2025 Stipulation
for Dismissal with Prejudice of Appeal (**Stipulation for
Dismissal**), filed by Defendants-Cross Claim Plaintiffs-
Appellees Justin P. Lemire, Carmen A. Huneycutt, Wells Fargo
Bank, N.A., Natalie Colome, and Pennymac Loan Services, LLC, the
papers in support, and the record, it appears that: (1) the
appeal has been docketed and the filing fees have been paid; (2)

the parties stipulate to dismiss the appeal with prejudice and bear their own attorneys' fees and costs associated with this appeal; (3) the Stipulation for Dismissal is dated and signed by counsel for all parties appearing in the appeal; and (4) dismissal is authorized by Hawaiʻi Rules of Appellate Procedure Rule 42(b).

Therefore, IT IS HEREBY ORDERED that the Stipulation for Dismissal is approved and the appeal is dismissed with prejudice.  The parties shall bear their own attorneys' fees and costs in this appeal.

DATED:  Honolulu, Hawaiʻi, October 13, 2025.

/s/ Karen T. Nakasone
Chief Judge

/s/ Clyde J. Wadsworth
Associate Judge

/s/ Kimberly T. Guidry
Associate Judge